STATE OF MAINE
OXFORD, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-21-08

NANCY V. DREW,

    Plaintiff

v.

AMELIA A. MOORE

    Defendant

)
)
) ORDER ON PLAINTIFF'S MOTION
) TO DISMISS ACTION PURSUANT
) TO M.R. CIV. P. 41(a)(2)
)
)
)
)

This is an equitable partition action involving real estate jointly owned by the parties in Paris, Maine (the "Real Estate"). The plaintiff has filed a motion to dismiss the action without prejudice. The defendant opposes the motion. For the following reasons, the plaintiff's motion to dismiss without prejudice is granted.

## BACKGROUND

The plaintiff, Nancy V. Drew, is the mother of the defendant, Amelia A. Moore. On April 5, 2021, the plaintiff filed a complaint for equitable partition of the Real Estate. In an answer filed on May 24, 2021, the defendant sought dismissal of the complaint with prejudice, and an award of costs and attorney's fees. The defendant did not assert any counterclaims. The parties have twice engaged in mediation, and on March 23, 2022, they jointly moved to stay the matter for 90 days to continue settlement discussions.

On May 31, 2022, the plaintiff filed a motion pursuant to M.R. Civ. P. 41(a)(2) to dismiss the action without prejudice, and without costs and fees. The defendant opposes the motion to dismiss, and seeks an award of her costs and attorney's fees

1

incurred in defense of the motion. No other pretrial motions have been filed in this matter.

## DISCUSSION

Maine Rule of Civil Procedure 41(a) governs voluntary dismissal of a civil action. A plaintiff can dismiss his or her own action without court approval, provided that dismissal occurs before the filing of the answer or that the parties have stipulated to dismissal. M.R. Civ. P. 41(a)(1). If those conditions have not been met, the court may order dismissal "upon such terms and conditions" as it sees fit; such dismissals are without prejudice, unless the court orders otherwise. M.R. Civ. P. 41(a)(2). The rule thus grants the court "discretion to dismiss a case with or without prejudice." *Green Tree Servicing, LLC v. Cope*, 2017 ME 68, ¶ 16, 158 A.3d 931.

Here, because the defendant has filed an answer and will not stipulate to dismissal, Rule 41(a)(2) governs. Voluntary dismissal in this matter will result in continued joint ownership of the Real Estate. This appears to be the outcome the defendant desired from the outset of the litigation, when she filed an answer asking the court to dismiss the complaint and did not file any counterclaims. The court accordingly finds that dismissal in this matter will not prejudice the defendant.

The court further finds that the matter should be dismissed without prejudice, consistent with the presumption set forth in Rule 41(a)(2). There is no evidence in the record that the parties have engaged in extensive pretrial proceedings or that the plaintiff seeks dismissal for purposes of tactical advantage

2

or delay. *See TD Bank North, N.A. v. Hawkins*, 2010 ME 104, ¶ 23, 5 A.3d 1042. Finally, the defendant seeks costs and attorney's fees, but has cited no statutory or contractual basis for awarding her costs and fees incurred in defending the plaintiff's motion to dismiss.

For the foregoing reasons, the plaintiff's motion to dismiss without prejudice is GRANTED. The defendant's request for costs and attorney's fees is DENIED.

The clerk is directed to incorporate this order on the docket by reference pursuant to M.R. Civ. P. 79(a).

DATED: 9/23/22

_____
Julia M. Lopez
Justice, Maine Superior Court

3

Braden M. Clement
Bar No. 5290

# Skelton
# Taintor
# &Abbott

ATTORNEYS AT LAW

June 28, 2022

Michelle Racine, Clerk
Oxford County Superior Court
26 Western Avenue
South Paris, ME 04281

**Re:     Nancy V. Drew v. Amelia A. Moore**
**         Docket No. RE-2021-08**

Dear Ms. Racine:

Enclosed for filing please find Plaintiff's Reply Brief in Support of Motion to Dismiss Action Pursuant to M.R. Civ. P. 41(a)(2).

If you have any questions, please feel free to contact me.  Thank you.

With best regards,

SKELTON, TAINTOR & ABBOTT

Braden M. Clement

BMC/dm
Enclosure

cc:    Jason Dionne, Esq. (via e-mail)
       Nancy V. Drew (via first-class mail)

SOPSC/DC/OXFCD
JUL 1 '22 PM12:09

500 Canal Street • Lewiston, ME 04240 • 207.784.3200 OFFICE • 207.784.3345 FAX
bclement@sta-law.com EMAIL • sta-law.com WEB



# Dionne Law, P.A.

June 20, 2022

Oxford County Superior Court
Michelle Racine, Clerk
26 Western Ave.
South Paris, ME 04281

**Re:** **Nancy V. Drew v. Amelia A. Moore**
**Docket No: RE-21-08**

Dear Michelle:

Enclosed for filing, please find Defendant's Opposition to Motion to Dismiss.

Thank you for your attention to this matter.

Very truly yours,

Jason Dionne, Esq.
Attorney at Law

ENC
Cc:     Braden Clement

SOPSC/DC/OXFCD
JUN 23 '22 PM3:22

86 Main Street, P.O. Box 317, Auburn, ME 04212
(207) 489-2160
toye@dionnelaw.me